THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | CASE NO. 3:16-cr-00203 |
| ] | CHIEF JUDGE CRENSHAW |
| BYRON WAFROCK ] | |

### BYRON WAFROCK'S STATUS REPORT PURSUANT TO THE COURT'S MARCH 19, 2021 ORDER (DOC. NO. 126)

Comes now the Defendant, Byron Wafrock, by and through counsel of record, Eileen M. Parrish, and pursuant to this Court's Order of March 19, 2021 (Doc. No. 126), provides this Status Report.

Mr. Wafrock continues to be gainfully employed while paying restitution monthly. Further, he intends to seek higher paying employment closer to his place of residence. There are no issues to report to the Court at this time.

Respectfully submitted,

/s/ *Eileen M. Parrish*
Eileen M. Parrish  TN BPR #020236
3200 West End, Suite 500
Nashville, Tennessee 37203
615-783-1698

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing *Status Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to the Assistant United States Attorney, Stephanie N. Toussaint, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

/s/ *Eileen M. Parrish*
Eileen M. Parrish