THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | CASE NO. 3:16-cr-00203 |
| | ] | CHIEF JUDGE CRENSHAW |
| BYRON WAFROCK | ] | |

## AGREED ORDER

This matter is set to be heard before the Court on July 12, 2021 at 10:30 a.m. pursuant to a Petition alleging violations of Mr. Wafrock's terms of supervised release (Doc. No. 114). Based on the agreement of the parties, the Court Orders the following:

1. Mr. Wafrock conceded violations one and two of the alleged supervised release conditions set forth in the Petition on January 11, 2021 (Doc. No. 121) and is therefore adjudged guilty.

2. Mr. Wafrock, who has shown exemplary conduct over the last four months by maintaining employment and paying restitution, shall remain on his current term of supervised release with the same conditions.

   **IT IS SO ORDERED**.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/Eileen M. Parrish
Eileen M. Parrish, BPR #020236
3200 West End, Suite 500
Nashville, TN  37203

/s/Stephanie Toussaint
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN  37203