REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:16-cr-00203-2

UNITED STATES OF AMERICA

V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 7/12/2021

BYRON WAFROCK

Location: ☒ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Stephanie Toussaint

Defense Attorney(s): Eileen Parrish

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☒
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant concedes violations 1 and 2 in the Petition, and is adjudged guilty.
- Sentencing held in abeyance.
- Continue on the same conditions of release.
- Probation will file a new petition.
- Order to enter.

Total Time in Court: 15 minutes

Clerk of Court
by: Kelly Parise