UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cr-00203-2 |
| BYRON WAFROCK, | ) | |
| Defendant. | ) | |

## ORDER

On July 12, 2021, the Court held a hearing on the Petition for Summons/Warrant for Offender on Supervision (the "Petition") (Doc. No. 114), alleging that Defendant violated the terms of his supervised release by not paying restitution ("Violation 1") and not working full time ("Violation 2").

Defendant previously filed a notice admitting to Violations 1 and 2 of the Petition (Doc. No. 121), repeated this admission in open court, and waived his right to a hearing on these violations. Accordingly, the Court finds by a preponderance of the evidence that Defendant violated his conditions of release, and therefore **ADJUDGES** Defendant **GUILTY** of Violations 1 and 2 of the Petition. For the reasons stated on the record, however, sentencing on the violations will be **HELD IN ABEYANCE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE